# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

O.C.R. PRODUCTS, INC., et al  CASE NO.: 1:23-cv-1458

    Plaintiffs,

vs  JUDGE: PATRICIA ANNE GAUGHAN

GARAGE INTERIORS

    Defendant.

_____/

So Ordered.
/s/ Patricia A. Gaughan
11/21/23

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

Now comes the Plaintiff, Ohio Concrete Resurfacing, Inc., by and through its attorney, Nicholas A. Papa, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure hereby dismisses this action without Prejudice as against the Defendant at Plaintiff's costs.

This Voluntary Dismissal pursuant to Civil Rule 41(a)(1)(A) terminates the proceedings against the Defendant by failure otherwise than upon the merits and therefore brings it within the meaning of the savings clause of Civil Rule 41(a)(1)(B).

    Respectfully submitted,

    /s/ Nicholas A. Papa
    Nicholas A. Papa (0059612)
    Lead Trial Counsel
    In-house Legal Counsel
    15 North Park Street
    Bedford, Ohio 44146
    TEL: (440) 786-9100
    FAX: (440) 786-1927
    Email: NPapa@NatureStoneFloors.com